IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00182-BNB

ALFONSO DOMINGUEZ,

   Plaintiff,

v.

WELD COUNTY COMMISSIONERS, and
WELD COUNTY SHERIFF,

   Defendants.

## ORDER OF DISMISSAL

Plaintiff, Alfonso Dominguez, currently is detained at the Weld County Jail in Greeley, Colorado. Plaintiff, acting *pro se*, initiated this action by filing a pleading titled "Motion to Recover Damages" and a "Motion to Proceed Forma Pauperis." In an order entered on January 25, 2013, Magistrate Judge Boyd N. Boland instructed Plaintiff to file his claims on a Court-approved form used in filing prisoner complaints. Magistrate Judge Boland further instructed Plaintiff to submit his request to proceed *in forma pauperis* on a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 Court-approved form and to provide a certified trust fund account statement.

Magistrate Judge Boland warned Plaintiff that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days. Plaintiff now has failed to comply with the January 25, 2013 Order within the time allowed. The action, therefore, will be dismissed.

The Court also certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from

this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal.  See *Coppedge v. United States*, 369 U.S. 438 (1962).  If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure all deficiencies and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  1st  day of    March         , 2013.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court